```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHLOMO GREIFMAN,                                               :
                        Plaintiff,                             :
                                                               :
v.                                                             :     ORDER OF PARTIAL
                                                               :     DISMISSAL
                                                               :
EXPERIAN INFORMATION SOLUTIONS,                                :     20 CV 1725 (VB)
INC., BANK OF AMERICA, N.A., and                               :
DISCOVER BANK,                                                 :
                        Defendants.                            :
--------------------------------------------------------------x
```

The Court has been advised plaintiff and defendant Discover Bank ("Discover"), have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Discover only. Any application to restore the action must be made by no later than August 27, 2020. To be clear, any application to restore the action must be filed by August 27, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

The Clerk is instructed to terminate defendant Discover from the docket.

Dated: July 28, 2020
       White Plains, NY                SO ORDERED:

                                       _____
                                       Vincent L. Briccetti
                                       United States District Judge