UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| SHLOMO GREIFMAN, | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, | : |
| INC., and BANK OF AMERICA, N.A., | : |
| Defendants. | : |

**ORDER OF PARTIAL
DISMISSAL**

20 CV 1725 (VB)

---------------------------------------------------------------x

The Court has been advised plaintiff and defendant Experian Information Solutions, Inc. ("Experian"), have settled.  Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Experian only.  Any application to restore the action must be made by no later than September 2, 2020.  To be clear, any application to restore the action must be filed by September 2, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

The Clerk is instructed to terminate defendant Experian from the docket.

Dated:  August 3, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge