UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHLOMO GREIFMAN, :
                Plaintiff, :
: **ORDER OF DISMISSAL**
v. :
: 20 CV 1725 (VB)
BANK OF AMERICA, N.A., :
                Defendant. :
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than September 28, 2020. To be clear, any application to restore the action must be filed by September 28, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: August 27, 2020
       White Plains, NY                  SO ORDERED:

                                                     _____
                                                     Vincent L. Briccetti
                                                     United States District Judge